DAVID B.A. DEMO (SBN 153997)
(ddemo@plawp.com)
PACIFIC LAW PARTNERS, LLP
2000 Powell Street, Suite 950
Emeryville, CA  94608
Tel:   (510) 841-7777
Fax:  (510) 841-7776

Attorneys for Plaintiff
MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>CESAR DELGADO d/b/a CEDELCO CONSTRUCTION, an individual and sole proprietor; FOUR BOYS HOLDINGS, LLC, a limited liability company as trustee of FOUR BOYS TRUST, an entity; JAROS RICKMEYER, an individual; and SUSAN RICKMEYER, an individual,<br><br>            Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:<br><br>**COMPLAINT FOR DECLARATORY RELIEF AND REIMBURSEMENT**<br><br>**REQUEST FOR JURY TRIAL** |

Plaintiff Mesa Underwriters Specialty Insurance Company ("MUSIC")

alleges the following:

### PARTIES

1.     MUSIC is, and was at all times mentioned in this Complaint, an

insurance company incorporated under the laws of New Jersey and headquartered

in New Jersey.

/ / /

2. Defendant CESAR DELGADO d/b/a CEDELCO CONSTRUCTION ("Delgado" or "Delgado-Cedelco") is, and was at all times mentioned in this Complaint, an adult individual and sole proprietor, working as a general contractor, with his principal place of business at 205 West Stevens Avenue, Santa Ana, California 92707, located in the County of Orange, State of California.

3. Defendant FOUR BOYS HOLDINGS, LLC ("FBH") is, and was at all times mentioned in this Complaint, a limited liability company organized under the laws of the state of California, with its principal place of business in the County of Orange, State of California.

4. Defendant JAROS P. RICKMEYER ("J. Rickmeyer") is, and was at all times mentioned in this Complaint, an adult individual residing in the County of Orange, State of California, and the managing member of FBH.

5. Defendant SUSAN RICKMEYER ("S. Rickmeyer") is, and was at all times mentioned in this Complaint, an adult individual residing in the County of Orange, State of California.

## JURISDICTION

6. For diversity purposes, MUSIC is a citizen of New Jersey. All of the defendants are citizens of California. This court has original jurisdiction under 28 U.S.C. §1332, in that it is a civil action between citizens of different states in which the matter in controversy exceeds, exclusive of costs and interest, seventy-five thousand dollars ($75,000.00).

## VENUE

7. A substantial part of the events that gave rise to this action occurred in Orange County, California, and the hereinafter described underlying action was filed and is pending in Orange County Superior Court. Additionally, the insurance contract between MUSIC and Delgado-Cedelco which is the subject of this declaratory relief action was issued to Delgado-Cedelco in this District.

/ / /

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA 94608
(510) 841-7777 – Facsimile (510) 841-7776

## FIRST CAUSE OF ACTION FOR DECLARATORY RELIEF

### (Against All Defendants)

8.     MUSIC incorporates by reference as though set forth here again each of the allegations set forth in paragraphs 1-7, above.

9.     MUSIC issued two consecutive one-year Commercial General Liability Policies to Delgado-Cedelco, bearing the policy numbers MP0004007007815 ("Policy '815") and MP0004007010703 ("Policy '703") (collectively, "Policies"), providing coverage for the period of August 11, 2016, through August 11, 2018 .  It appears that Policy '815 was applicable during all relevant times to this action and all underlying actions.  A true and correct copy of Policy '815, along with all forms, endorsements, and attachments thereto, is attached hereto as **Exhibit 1.**

10.    Insurance benefits due and owing to Delgado-Cedelco, if any, are limited by the terms and conditions of the Policies, including but not limited to, the Policies' conditions and exclusions, declarations, endorsements, provisions respecting coverage, provisions respecting additional coverages and exclusions and limitations, the deductible clause, the measure of indemnity, the duties in event of loss provisions, the Loss Payment provisions, and the Policies' limits set forth herein, all of which are specifically incorporated herein by this reference.

11.    The Policies contain the following provisions:

**SECTION I — COVERAGES
COVERAGE A BODILY INJURY AND PROPERTY DAMAGE
LIABILITY**

**1.     Insuring Agreement**

   a. We will pay those sums that the insured becomes legally
   obligated to pay as damages because of "bodily injury"[1] or

---

[1] "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

"property damage"[2] to which this insurance applies.  We will have the right and duty to defend the insured against any "suit"[3] seeking those damages.  However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.  We may, at our discretion, investigate any "occurrence"[4] and settle any claim or "suit" that may result.  But:

> (1)    The amount we will pay for damages is limited as described in Section **III** — Limits Of Insurance; and

> (2)    Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments — Coverages **A** and **B**.

\*\*\*

## SECTION II — WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

> **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

---

[2] "Property damage" means: (a) Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or (b) Loss of use of tangible property that is not physically injured.  All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

[3] "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged.  "Suit" includes: (a) An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or (b) Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

[4] "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

**b.** A partnership or joint venture, you are an insured.  Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured.  Your members are also insureds, but only with respect to the conduct of your business.  Your managers are insureds, but only with respect to their duties as your managers.

**d.** A trust, you are an insured.  Your trustees are also insureds, but only with respect to their duties as trustees.

12.     The Policies contain several exclusions that bar coverage for selected actions and occurrences.  The relevant exclusionary language states as follows:

**2.     Exclusions**

This insurance does not apply to:

**a.     Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured.  This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b.     Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.  This exclusion does not apply to liability for damages:

(1)     That the insured would have in the absence of the contract or agreement; or

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776

(2)     Assumed in a contract or agreement that is an "insured contract" [5], provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.  Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

    (a)     Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

    (b)     Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

***

**j.     Damage To Property**

"Property damage" to:

***

(5)     That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

---

[5] "Insured contract" means: (a) A contract for a lease of premises.  However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract"; (b) A sidetrack agreement; (c) Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad; (d) An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality; (e) An elevator maintenance agreement; (f) That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization.  Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

(6)     That particular part of any property that must be restored, repaired or replaced because "your work"[6] was incorrectly performed on it.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard"[7].

**k.     Damage To Your Product**

"Property damage" to "your product"[8] arising out of it or any part of it.

---

[6] "Your work": (a) Means: (1) Work or operations performed by you or on your behalf ;and (2) Materials, parts or equipment furnished in connection with such work or operations. (b) Includes: (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and (2) The providing of or failure to provide warnings or instructions.

[7] "Products-completed operations hazard": (a) Includes all "bodily injury" and "property damage" occurring away from your premises you own or rent arising out of "your product" or "your work" except: (1) Products that are still in your physical possession; or (2) Work that has not yet been completed or abandoned.  However, "your work" will be deemed completed at the earliest of the following times: (a) When all of the work called for in your contract has been completed; (b)When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site; (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project; Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed; (b) Does not include "bodily injury" or "property damage" arising out of: (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned by or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or (3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

[8] "Your product": (a) Means: (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by: (a) You; (b) Others trading under your name; or (c) A person or organization whose business or assets you have acquired; and (2) Containers (other than  vehicles), materials, parts or equipment furnished in connection with such goods or products; (b) Includes: (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and (2) The providing of or failure to provide warnings or instructions; (c) Does not include vending machines or other property rented or located for the use of other but not sold.

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

**l.**     **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.**     **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property"[9] or property that has not been physically injured, arising out of:

(1)     A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2)     A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

13.     The Policies also contain the following applicable endorsements:

**EXCLUSION – PRIOR COMPLETED OR ABANDONED WORK**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

---

[9] "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because: (a) It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or (b) You have failed to fulfill the terms of a contract or agreement; if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

The following exclusion is added to Paragraph **2.**, **Exclusions, SECTION 1 – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY AND COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY:**

I. This insurance does not apply to:

"Bodily injury", "property damage", or "personal and advertising injury"[10] arising out of or in any way related to "your work" completed or abandoned prior to the earlier of the following:

A. The inception date of the policy to which this endorsement is attached; or

B. The inception date of an earlier policy (or policies) with us, if all prior policies with us were maintained without a lapse in coverage, and all remained in-force with us without interruption.

All other terms and conditions of this policy remain unchanged.

\*\*\*

**PUNITIVE DAMAGES EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
COMMERCIAL PROFESSIONAL LIABILITY COVERAGE FORM
GARAGE COVERAGE FORM

---

[10] "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses: (a) False arrest, detention or imprisonment; (b) Malicious prosecution; (c) The wrongful eviction from, wrongful entry into, or invasion of the right of privacy occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor; (d) Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services; (e) Oral or written publication, in any manner, of material that violates a person's right of privacy; (f) The use of another's advertising idea in your "advertisement"; or (g) Infringing upon another's copyright, trade dress or slogan in your "advertisement".

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

This insurance does not apply to any fines, penalties, punitive damages, exemplary damages, treble damages or the multiplication of compensatory damages.

All other terms and conditions of this policy remain unchanged.

***

**NON-STACKING OF LIMITS ENDORSEMENT**
**TWO OR MORE COVERAGE FORMS, COVERAGE PARTS, OR POLICIES ISSUED BY US**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL PROESSIONAL LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
FARM LIABILITY COVERAGE FORM
GARAGE COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

If any coverage form or coverage part or policy issued to you by us or any company affiliated with us apply to the same claim for damages, the maximum limit of insurance for liability coverage under all of the coverage forms, coverage parts, or policies shall not exceed the highest applicable limit of insurance available under any one coverage form, coverage part or policy.

This endorsement does not apply to any coverage form, coverage part or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.

***

**CONVERTED PROPERTY LIMITATION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

**I.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal and Advertising Injury Liability:**

A. This insurance does not apply to "bodily injury", "property damage", and/or "personal and advertising injury", arising out of "your work" upon "converted property"[11].  This exclusion applies regardless of whether:

> 1. "your work" has been completed or is ongoing; or
> 2. "your work" was performed, incorporated or supplied as part of the original design or construction or as part of the conversion.

\*\*\*

## NEW RESIDENTIAL CONSTRUCTION LIMITATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" caused or arising out of work or operations performed by any "insured" or any contractor(s) or subcontractor(s) working directly or indirectly on behalf of any "insured" in connection with the new residential construction of the following:

A. Condominium or cooperative;

---

[11] "Converted property" means any real property being converted, or that has already been converted, to any form of residential (including mixed-use) multi-unit property.  "Converted property" includes, but is not limited to, conversion of real property, in whole or in part, from: (A) One form of residential use to another form of residential use; (B) commercial use to residential use; or (C) industrial use to residential use.

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

B. Town house; or

C. Single family house

New residential construction includes the conversion of an existing structure or structures to condominium or cooperative building(s) or complex(s).

If any "insured", or any contractor(s) or subcontractor(s) working on its behalf, perform work or operations on ten or fewer of the above referenced residential units within a single new residential construction development, this exclusion does not apply to "bodily injury", "property damage" or "personal and advertising injury" caused by work or operations on those residential units.

This exclusion also does not apply to "bodily injury", "property damage" or "personal and advertising injury" caused by work or operations performed by any "insured", or any contractor(s) or subcontractor(s) working on its behalf on a single family house that is not part of new residential construction development.

This exclusion also does not apply to remodeling, repair or maintenance operations performed on any individual condominium, cooperative unit, town house, single family house or any other residential unit after it has been certified for occupancy or put to its intended use.

All other terms and conditions of this policy remain unchanged.

***

**FUNGI OR BACTERIAL EXCLUSION**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

A. The following exclusion is added to Paragraph 2. Exclusions of Section I – Coverage A – Bodily Injury and Property Damage Liability:

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

\*\*\*

## 2. Exclusions

This insurance does not apply to:

Fungi Or Bacteria

a. "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi"[12] or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

B. The following exclusion is added to Paragraph 2. Exclusions of Section I – Coverage B – Personal and Advertising Injury Liability:

\*\*\*

## 2. Exclusions

This insurance does not apply to:

Fungi Or Bacteria

---

[12] "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

a. "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

14.  MUSIC is informed and believes, and on that basis alleges, that Delgado was, and at all relevant times was, a general contractor (at times possibly operating under License No. 986493 issued by the California Contractors License Board).  MUSIC further alleges based on information and belief that Delgado owns and operates Cedelco Construction as a sole proprietor.

15.  MUSIC is informed and believes, and on that basis alleges, that Defendant J. Rickmeyer is the managing member of Defendant FBH.  MUSIC further alleges based on information and belief that Defendant FBH is the trustee of the "Four Boys Trust" ("FBT"), the legal owner of the real property located at 18202 Abbott Lane, Villa Park, California 92861 ("Property").

16.  MUSIC is informed and believes, and on that basis alleges, that Mark Rees and Saul Delgado are members of Midoros LLC ("Midoros"), a California limited liability corporation with its principal place of business at 1611 E. Saint Andrew Place, Santa Ana, California.

17.  MUSIC is informed and believes, and on that basis alleges, that in or around May of 2016, Defendants J. Rickmeyer and S. Rickmeyer hired Midoros and Delgado-Cedelco for the demolition of their home and construction of a new home located at the Property.

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776

18.     MUSIC is informed and believes, and on that basis alleges, that the demolition and construction at the Property commenced in or around June 2016. MUSIC further alleges based on information and belief that, at all relevant times, Delgado-Cedelco acted as general contractor for this project, and oversaw the demolition and construction at the Property.  At relevant times, Delgado-Cedelco was insured by MUSIC under the Policies.

19.     MUSIC is informed and believes, and on that basis alleges, that in or around July 2017, a dispute arose between Defendants J. Rickmeyer, S. Rickmeyer, and FBH, on the one hand; and Midoros and Delgado-Cedelco, on the other hand, regarding the scope and quality of work completed by Midoros and Delgado-Cedelco at the Property.  MUSIC further alleges on information and belief that, as a result of the dispute, Midoros and Delgado-Cedelco abandoned the demolition/construction at the Property without completing agreed-upon scope of work.

20.     MUSIC is informed and believes, and on that basis alleges, that as a result of this dispute, Midoros and Delgado-Cedelco filed a lawsuit on November 1, 2017, against Defendants FBH, R. Rickmeyer, S. Rickmeyer, and DOES 1 through 50 in the Superior Court of California, County of Orange, entitled *Cesar Delgado, et al. v. Four Boys Holdings, LLC, et al.*, Case No. 30-2017-009952968 ("Delgado Complaint").  The Delgado Complaint alleges causes of action for breach of contract; unjust enrichment; work labor and materials furnished; quantum meruit; accounting; breach of the covenant of good faith and fair dealing; and foreclosure of mechanic's lien.  A true and correct copy of the Complaint is attached hereto as **Exhibit 2.**  In order to avoid causing undue burden on the Court, the exhibits to the Delgado Complaint are not attached to the instant Complaint for Declaratory Relief.  The exhibits to the Delgado Complaint can be provided upon the Court's request.

/ / /

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

21.     On or about January 25, 2018, Defendants FBH, J. Rickmeyer, and S. Rickmeyer filed a Cross-Complaint in Orange County Superior Court against Delgado-Cedelco, entitled *Four Boys Holdings, LLC, et al. v. Cesar Delgado, et al,* Case No. 30-2017-00952968 ("Cross-Complaint" or "Underlying Action").  Also named as Cross-Defendants were Midoros; Mark Rees, an individual; Saul Delgado, an individual; Caboraca Investments, LLC, a limited liability corporation; and Roes 1 through 50 (collectively, "Cross-Defendants").  The Cross-Complaint contains causes of action for Disgorgement; Negligence; Breach of Implied Warranty; Discharge of Mechanic's Lien; and Unfair and Unlawful Business Practices.  A true and correct copy of the Cross-Complaint is attached hereto as **Exhibit 3.**  In order to avoid causing undue burden on the Court, the exhibits to the Cross-Complaint are not attached to the instant Complaint for Declaratory Relief.  The exhibits to the Cross-Complaint can be provided upon the Court's request.

22.     The Cross-Complaint contains the following relevant allegations against the Cross-Defendants, including Delgado-Cedelco, in connection with the June 2016 demolition/construction project at the Property:

> A.     The Cross-Defendants demolished and removed the Property's old foundation without disclosing to Defendants FBH, J. Rickmeyer, and S. Rickmeyer that the foundation demolition and removal would cost an additional $100,000 to $150,000 (Exh. D, Cross-Complaint: ¶ 32);
>
> B.     The Cross-Defendants scheduled to pour the new foundation at the Property without timely notifying the architect or structural engineer to inspect the footings and rebar, resulting in sewer lines being improperly secured and the omission of a critical strong wall (Exh. D, Cross Complaint: ¶ 32);

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

C. Between June 2016 and July 2017, the Cross-Defendants' work created significant defects and deficiencies in the construction of the improvements at the Property; and that the Cross-Defendants failed to comply with the plans, resulting in defects and deficiencies with regards to the framing; windows; roof; plumbing, electrical; and HVAC/mechanical (Cross-Complaint, ¶ 33);

D. The Cross-Defendants abandoned the demolition/construction project at the Property on or about July 13, 2017 (Exh. C, Cross-Complaint: ¶ 36);

E. As a result of the Cross-Defendants allegedly faulty work, Defendants J. Rickmeyer and S. Rickmeyer were forced to retain another general contractor to repair the defective, deficient, and/or non-compliant work of the Cross-Defendants (Exh. C, Cross-Complaint: ¶ 42);

F. The Cross-Defendants were negligent and breached their duty of due care in that they did not provide materials and construct the improvements at the Property with due care, or in accordance with applicable building codes, municipal ordinances, or in conformity with prevailing standards of custom and practice in the industry at the time, or in accordance with the plans, specifications, and other documents prepared for the Property, or in a reasonably workmanlike manner; and that as a result of such breach, the residence constructed at the Property is materially defective in its materials, workmanship and construction, including, but not limited to, defects and deficiencies, or a failure to follow with plans and documents, with regard to grading; foundation; framing; windows; roof;

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776

plumbing, electrical; and HVAC/mechanical (Exh. D, Cross-Complaint: ¶¶ 54-55);

G.   The Cross-Defendants breached their implied warranty of quality workmanship in that the improvements at the Property by the Cross-Defendants were not and are not of a quality to meet the ordinary expectations of Defendants S. Rickmeyer and J. Rickmeyer, and there exists defects in the workmanship, materials, engineering, and construction at the Property, including, but not limited to, defects and deficiencies, or a failure to follow the plans, with regard to grading; foundation; framing; windows; roof; plumbing; electrical; and HVAC/mechanical (Exh. D, Cross-Complaint: ¶¶ 59 through 63).

23.   On or about February 14, 2018, Delgado tendered the Underlying Action to MUSIC, requesting that MUSIC defend and indemnify Delgado-Cedelco under the Policies.

24.   MUSIC contends that it has no legal duty to defend or indemnify Delgado-Cedelco in the Underlying Action, in light of the above-cited conditions, exclusions and/or other applicable provisions of the Policies.  Nevertheless, MUSIC accepted Delgado's attorney's tender of the Underlying Action on or around April 27, 2018, and agreed to defend Delgado-Cedelco in that lawsuit under a strict reservation of rights, pending the judicial determination of the parties' respective rights and obligations under the Policies.

25.   There presently exists a controversy between MUSIC and Defendants, and each of them, in that MUSIC contends that there is no potential for coverage under the Policy for the claims brought against Delgado-Cedelco by Defendants FBH, J. Rickmeyer, and S. Rickmeyer; and therefore, MUSIC does not, and did not at any time, have a duty to defend and/or indemnity Delgado-Cedelco in the

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

1  Underlying Action.  MUSIC is informed and believes that Defendants, and each of
2  them, contend otherwise.

3      26.    Based on the foregoing provisions of the Policies, there is no
4  possibility for coverage under them for the claims and/or causes of action in the
5  Underlying Action for all relevant policy periods.

6      27.    Therefore, MUSIC seeks a judicial determination of this court that it
7  does not, and did not at any time, have a duty to defend and/or indemnify Delgado-
8  Cedelco in the Underlying Action.

9      **SECOND CAUSE OF ACTION – REIMBURSEMENT**
10     (Against Defendant CESAR DELGADO d/b/a CEDELCO CONSTRUCTION)

11     28.    MUSIC incorporates by reference each of the allegations set forth in
12  paragraphs 1 – 27, above.

13     29.    MUSIC has incurred, continues to incur and in the future will incur,
14  expenses associated with defending Delgado-Cedelco in the Underlying Action
15  under a reservation of rights, including, without limitation, attorneys' fees and
16  costs of suit, in an amount to be proven at trial, which exceeds the threshold
17  amount of $75,000.00, giving this Court jurisdiction over the subject matter of this
18  action, as predicated upon 28 U.S.C. §1332.

19     30.    In so much as MUSIC does not, and did not at any time, have a duty
20  to defend Delgado-Cedelco in the Underlying Action, Delgado-Cedelco is liable
21  for the expenses MUSIC has incurred, and continues to incur, in defending
22  Delgado-Cedelco in that lawsuit, including, without limitation, attorneys' fees and
23  costs of suit.  MUSIC seeks reimbursement of such expenses from Delgado-
24  Cedelco.  (*Buss v. Superior Court (Transamerica Insurance Co.)* (1997) 16 Cal.4th
25  35.)

26     31.    Furthermore, while MUSIC defends Delgado-Cedelco in the
27  Underlying Action, should an opportunity arise to settle the claims against
28  Delgado-Cedelco in the Underlying Action for a reasonable amount within the

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776

applicable Policies' limits, MUSIC may reach such a reasonable settlement and, thereafter, MUSIC also shall be entitled to reimbursement from Delgado-Cedelco of any and all portions of such settlement amount representing payment for damages that are not covered by the Policies.  *(Blue Ridge Insurance Co. v. Jacobsen* (2001) 25 Cal.4th 489.)

## **PRAYER FOR RELIEF**

WHEREFORE, MUSIC prayers for judgment against Defendants as follows:

First Cause of Action (as to All Defendants)

(a)     For declaratory judgment as provided above;

Second Cause of Action (as to Defendant  Cesar Delgado d/b/a Cedelco Construction, Inc.)

(b)     For economic and consequential damages incurred and being incurred, according to proof;

(c)     For attorneys' fees and litigation expenses MUSIC has incurred, and continues to incur, in defending Delgado-Cedelco in the Underlying Action, according to proof;

(d)     For that portion of any amount paid by MUSIC to settle the claims against Delgado-Cedelco in the Underlying Action which represents payment for settlement of claims of liability for damages which are not covered by the Policies, according to proof;

As To All Causes of Action

(e)     For costs of suit incurred in this action, according to proof;

(f)     For such other relief as the Court may deem just and proper.

/ / /

/ / /

/ / /

/ / /

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

## **REQUEST FOR JURY TRIAL**

Plaintiff MUSIC herein requests a trial by jury on all causes of action set forth herein.

DATED: August 8, 2018                    PACIFIC LAW PARTNERS, LLP


                                         /s/ David B.A. Demo
                                         DAVID B.A. DEMO
                                         Attorneys for Plaintiff
                                         MESA UNDERWRITERS SPECIALTY
                                         INSURANCE COMPANY

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776