JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 18-01391 JVS(ADSx)                    Date   February 27, 2019

Title      Mesa Underwiters Specialty Insurance Company v. Cesar Delgado, et al.

---

Present: The        James V. Selna
Honorable

                Karla J. Tunis                          Not Present
                Deputy Clerk                          Court Reporter


    Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

            Not Present                                Not Present

**Proceedings:    (In Chambers)    ORDER REMOVING ACTION FROM ACTIVE
                                   CASELOAD AND DIRECTING THE PARTIES TO FILE
                                   STATUS REPORTS**


        This Court, having stayed the above action pending the resolution of the
underlying state court proceedings, hereby removes the action from the active caseload
to be reinstated upon application of the parties.

        In order to permit the Court to monitor this action, the Court hereby orders parties
to file a joint status report not later than June 27, 2019.    Successive reports shall be filed
every 120 days thereafter.  Each report must indicate the date on which the next report is
due.



                                                            _____ :  __00__

                                    Initials of Preparer   kjt

---