1 DAVID B.A. DEMO (SBN 153997)
  (ddemo@plawp.com)
2 ANDREW P. COLLIER (SBN 232647)
  (acollier@plawp.com)
3 PACIFIC LAW PARTNERS, LLP
  2000 Powell Street, Suite 950
4 Emeryville, CA 94608
  Tel: (510) 841-7777
5 Fax: (510) 841-7776

6 Attorneys for Plaintiff
7 MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY

8 DAVID E. OUTWATER (State Bar No. 178093)
  doutwater@oplawyers.com
9 RANDI E. PINCKES (State Bar No. 182377)
  rpinckes@oplawyers.com
10 OUTWATER & PINCKES, LLP
   900 Roosevelt
11 Irvine, CA 92620
   Telephone: (949) 748-7480
12 Facsimile: (949) 748-7481

13 Attorneys for Defendants Four Boys Holdings, LLC;
   Jaros Rickmeyer and Susan Rickmeyer
14

15 Lisa A. Stepanski, Esq. (SBN 123119)
   (lisa@stepanskilaw.com)
16 LAW OFFICE OF LISA A. STEPANSKI
   2522 Chambers Road. Suite 100
17 Tustin, California 92780
   Telephone (714) 564-9033
18

19 Attorney for Defendants CESAR DELGADO dba CEDELCO
20 CONSTRUCTION, and CEDELCO CONSTRUCTION, INC.

21            UNITED STATES DISTRICT COURT
22            CENTRAL DISTRICT OF CALIFORNIA
23                    SOUTHERN DIVISION

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   vs. | Case No.: 8:18-cv-01391-JVS-ADS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

8:18-cv-01391-JVS-ADS            1            Stipulation of Voluntary Dismissal

| | |
|---|---|
| 1 | CESAR DELGADO dba CEDELCO ) |
| 2 | CONSTRUCTION; FOUR BOYS ) HOLDINGS, LLC; JAROS ) |
| 3 | RICKMEYER; SUSAN ) RICKMEYER; and CEDELCO ) |
| 4 | CONSTRUCTION, INC, ) ) |
| 5 | Defendants ) ) |
| 6 | ) |

7  IT IS HEREBY STIPULATED by and among the parties to this action, through

8  their designated counsel, that the above-captioned action be and hereby is

9  dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1), with each party

10 to bear its own attorneys' fees, costs and expenses.

12  DATED: January 28, 2020          PACIFIC LAW PARTNERS, LLP

13                                   /s/ David B.A. Demo
                                     ──────────────────────
14                                   DAVID B.A. DEMO
                                     ANDREW P. COLLIER
15                                   Attorneys for Plaintiff
                                     MESA UNDERWRITERS SPECIALTY
16                                   INSURANCE COMPANY

18  DATED: January 28, 2020          OUTWATER & PINCKES, LLP

19                                    /s/ David E. Outwater
                                     ──────────────────────
20                                   DAVID E, OUTWATER
                                     RANDI E. PINCKES
21                                   Counsel for Defendants
                                     FOUR BOYS HOLDINGS, LLC, JAROS
22                                   RICKMEYER and SUSAN RICKMEYER

23  DATED: January 28, 2020

25                                    /s/ Lisa A. Stepanski
                                     ──────────────────────
                                     LISA A. STEPANSKI
26                                   Attorney for Defendants
                                     CESAR DELGADO dba CEDELCO
27                                   CONSTRUCTION, and CEDELCO
                                     CONSTRUCTION, INC.

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776

1  The attorney filing this document attests that the other attorneys whose
2  signatures are indicated above concur in the filing's content and have authorized
3  the filing.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776